IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>   Plaintiff, | § § § | |
| v. | § | EP-09-CV-146-DB |
| TRANS UNION LLC,<br>   Defendant. | § § § § | |

### FINAL JUDGMENT

On this day, the Court entered an Order of Dismissal with Prejudice, dismissing the above-captioned cause. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

**SIGNED** this **23rd** day of **March, 2010**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE